IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HERSCHEL W. MICHAEL, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.  11-625-SCW |
| JAMES COOPER, MICHAEL SANDERS, HAROLD SCHULER, MICHAEL RANDLE, and GLADYSE TAYLOR, | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **MICHAEL SANDERS, HAROLD SCHULER, MICHAEL RANDLE** and **GLADYSE TAYLOR** were dismissed without prejudice on August 20, 2012 by an Order entered by Judge Michael J. Reagan (Doc. 11).

The remaining issues came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict in favor Defendant James Cooper and against Plaintiff Herschel W. Michael (Doc. 79).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant **JAMES COOPER** and against Plaintiff  **HERSCHEL W. MICHAEL.**

Plaintiff shall take nothing from this action.

**DATED** this 24th day of  June, 2014

JUSTINE FLANAGAN,
Acting Clerk of Court
By: s//Angie Vehlewald
Deputy Clerk

Approved by:  s// Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge